**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodolfo VALENZUELA–AVITIA,**
**Defendant–Appellant.**

No. 04–51134.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 2, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Rodolfo Valenzuela–Avitia was convicted following pleading guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326. Valenzuela–Avitia has filed an unopposed motion to remand his case for re-sentencing, stating that both "parties agree that re-sentencing is appropriate and just" in light of the Supreme Court's opinion in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Valenzuela–Avitia's unopposed motion to remand for re-sentencing in *Booker* is GRANTED, and the Government's previously filed motion for summary affirmance is DENIED. The Government's request for an extension of time in which to file its brief is DENIED AS MOOT. We VACATE the district court's sentence and REMAND for re-sentencing in accordance with *Booker*.

MOTION TO REMAND GRANTED; SUMMARY AFFIRMANCE DENIED; MOTION TO EXTEND TIME FOR FILING BRIEF DENIED AS MOOT; VACATED AND REMANDED FOR RE–SENTENCING.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

